# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  BRIDGET SQUARE,<br><br>        Plaintiff,<br><br>v.<br><br>1.  FOXWORTH-GALBRAITH<br>    LUMBER COMPANY,<br><br>        Defendant. | Case No. CIV-22-554-J<br><br>**JURY TRIAL DEMANDED**<br>**ATTORNEYS LIEN CLAIMED** |

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

I hereby enter my appearance as counsel of record for Defendant, Foxworth-Galbraith Lumber Company ("Defendant").

I certify that I am admitted to practice in this Court.  I also certify that I am registered in this Court's Electronic Case Filing System.

Dated: October 19, 2022

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/ Elaine R. Turner*

By: Elaine R. Turner, OBA #13082
Carson G. Lamle, OBA #32783
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: eturner@hallestill.com
Email: clamle@hallestill.com
**ATTORNEYS FOR DEFENDANT
FOXWORTH-GALBRAITH
LUMBER COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Joshua Stockton
Matthew Shelton
**STOCKTON TALBERT, PLLC**
1127 NW 14th Street
Oklahoma City, OK 73106
Telephone: (405) 225-1200

*s/ Elaine R. Turner*
Elaine R. Turner

2691866.1:008430.00003