IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

1. BRIDGET SQUARE,

    Plaintiff,

v.

1. FOXWORTH-GALBRAITH LUMBER COMPANY,

    Defendant.

Case No. CIV-22-554-J

**JURY TRIAL DEMANDED**
**ATTORNEYS LIEN CLAIMED**

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

I hereby enter my appearance as counsel of record for Defendant, Foxworth-Galbraith Lumber Company ("Defendant").

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

2691848.1:008430.00003

Dated: October 19, 2022							Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/ Carson G. Lamle*

By:  Elaine R. Turner, OBA #13082
Carson G. Lamle, OBA #32783
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
Email:  clamle@hallestill.com
**ATTORNEYS FOR DEFENDANT
FOXWORTH-GALBRAITH
LUMBER COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Joshua Stockton
Matthew Shelton
**STOCKTON TALBERT, PLLC**
1127 NW 14th Street
Oklahoma City, OK 73106
Telephone: (405) 225-1200

*s/ Carson G. Lamle*
Carson G. Lamle

2691848.1:008430.00003