## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIDGET SQUARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-554-J |
| ) | |
| FOXWORTH-GALBRAITH LUMBER COMPANY, ) | **TRIAL DOCKET: JANUARY 2024** |
| ) | |
| Defendant. ) | |

### SCHEDULING ORDER

☒ **JURY TRIAL DEMANDED** – ☐ **NON-JURY TRIAL**

### THE COURT SETS THE FOLLOWING DEADLINES

1.  Motions to join additional parties to be filed within 15 days of this Order.

2.  Motions to amend pleadings to be filed within 15 days of this Order.

3.  Plaintiff(s) to file a final list of expert witness(es) and submit expert reports to Defendant(s) **and** file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by 8/5/2023.**\***

4.  Defendant(s) to file a final list of expert witness(es) and submit expert reports to Plaintiff(s) **and** file a final list of witnesses (as described above) by 8/20/2023.**\***

5.  (a) Plaintiff(s) to file a final exhibit list by 8/20/2023.* Defendant(s) to file objections to Plaintiff(s) final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 9/5/2023.

    (b) Defendant(s) to file a final exhibit list by 9/5/2023.* Plaintiff(s) to file objections to Defendant(s) final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 9/20/2023.

**\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify, and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6.  Discovery to be completed by 10/5/2023.

7.  All dispositive and *Daubert* motions to be filed by 9/1/2023.

**If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.**

8.  TRIAL DOCKET: January 2024*

*Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays.  The published trial docket will announce the trial setting.

**The interval between the deadline for dispositive and *Daubert* motions and the trial docket is relatively inflexible.  Any extensions of time related to such motions will likely affect the trial date.**

9.  Designation of deposition testimony to be used at trial to be filed by 12/1/2023.  Objections and counter-designations to be filed by 12/10/2023.*

**\*Parties objecting to use of deposition testimony must submit with their objections, the relevant portions of the deposition transcript with specific testimony highlighted.**

10. Motions in limine to be filed by 12/1/2023.*

**\*Unless the Court grants leave to file separate motions in limine, all motions in limine shall be consolidated into a single filing, which shall be subject to the page limitation in LCvR 7.1(d).**

11. Requested voir dire to be filed by 12/1/2023.

12. Trial briefs (optional unless otherwise ordered) to be filed by 12/1/2023.

13. Requested jury instructions to be filed by 12/1/2023.*

14. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed by N/A.*

**\*In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: jones-orders@okwd.uscourts.gov**

15. Responses to motions in limine shall be filed within **14 days**. Any objection or response to the trial submissions referenced in ¶ 11, 12, 13, or 14 shall be filed within **7 days**.

16. The Final Pretrial Report, approved by all counsel and in full compliance with Local Rules (*see* Appendix IV), together with a proposed order approving the report, to be filed by 12/1/2023.

17. The parties indicate a desire to participate in a judicial settlement conference after approximately four months of discovery. As such, the parties shall inform the Court on or before 4/3/2023 whether they are ready to proceed with that conference.

18. ☐ The parties consent to trial by Magistrate Judge.

19. Initial disclosures pursuant to Fed. R. Civ. P. 26 ☐ have been made, ☐ are excused, or ☒ shall be made by 12/31/2022.

20. Other:_____.

Dated this 1st day of December, 2022.

BY ORDER OF THE COURT
CARMELITA REEDER SHINN, CLERK OF THE COURT

By:   /s/ D. Wayne Lee
      Deputy Clerk